

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann

ATTORNEY GENERAL

AUSTIN, TEXAS

Honorable R. G. Waters, Commissioner
Board of Insurance Commissioners
Austin, Texas

Dear Sir:

Opinion No. O-2185
Re: Does Opinion O-2049 invali-
date Retrospective Rating
or is it intended to rule
against making the plan ap-
plicable only to risks of
a given size or greater?

This will acknowledge receipt of your letter of
April 5, 1940, in which you seek a clarification of the last
paragraph of our Opinion No. O-2049.

Your letter reads as follows:

"We are in receipt of your opinion above
numbered in reply to our request of March 5,
the last paragraph of which opinion reads:

"'The opinion of the Attorney General,
bearing date of December 16, 1938, holding that
the Retrospective Rating Plan can be legally
adopted by which risks of a given size and larg-
er could elect a plan whereby they could partic-
ipate or be assessed in accordance with their
individual experience and that risks of less
than the given size would not be eligible, is
hereby expressly overruled.'

"Does the opinion invalidate Retrospective
Rating or is it intended to rule against making
the Plan applicable only to risks of a given
size or greater?"

Our opinion No. O-2049 is not to be construed
to invalidate or condemn the Retrospective Rating Plan as
such. Our condemnation of the plan goes solely to the
question of discrimination by permitting risks of a certain
size to adopt the plan and denying such privilege to those
risks which call for a lesser premium.

Trusting that this adequately clarifies the issue
presented, we remain

Yours very truly
ATTORNEY GENERAL OF TEXAS

By /s/ Ardell Williams
Assistant

APPROVED APR. 20, 1940
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY BWB, Chairman